IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
A.B., a minor, by and through   )
her mother, BEVERLY A. BRIGGS,  )   2:11-cv-03355-GEB-KJN
                                )
            Plaintiff,          )
                                )   ORDER
       v.                       )
                                )
CHICO FAMILY HEALTH CENTERS, and)
DEL NORTE CLINICS, INC.,        )
                                )
            Defendants.         )
_____)
```

A review of the docket in this action reveals that all documents filed by Plaintiff, a minor, include Plaintiff's full name. This is prohibited by Federal Rule of Civil Procedure ("Rule") 5.2(a) and Local Rule 140(a). Further, certain of Plaintiff's filings include other identifying information, such as Plaintiff's full birth date, which also violates these rules. Therefore, no later than April 6, 2012, Plaintiff shall file redacted copies of each of the documents she has filed in this action (ECF Nos. 1-3), which conform to Rule 5.2(a) and Local Rule 140(a).

Further, the Clerk of the Court is directed to do the following:

File Docket entries Nos. 1, 2, 3, 5, and 6 under seal;

Amend minor Plaintiff's name on the docket to refer to her by her initials instead of her full name;

1    Reissue the Summons (ECF No. 5) and New Case Documents (ECF
2 No. 6) to refer to Plaintiff by her initials instead of her full name.
3 The reissued Summons and New Case Documents shall be entered on the
4 docket to reflect that they were issued on the same date as the
5 originally issued Summons and New Case Documents; and
6    Amend the December 19, 2011, Docket Entry for receipt of
7 Plaintiff's filing fee, to reference Plaintiff by her initials instead
8 of her full name.
9    IT IS SO ORDERED.

Dated:  March 27, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge